Michael R. Totaro (102229)
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
800 541 2802 (voice)
310 496 2779 (fax)

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTH DIVISION

In re

Marcie Lynn Lutzke

                    Debtor.

Case No. 9:16-bk-10506-PC

Chapter 13

Supplemental Declaration of Michael R. Totaro in support of Motion to Withdraw re Service.

Date:      April 13, 2016
Time:      10:00 a.m.
 Ctrm:     1415 State St. #230
           Santa Barbara, CA 93101

## DECLARATION OF MICHAEL R. TOTARO

## IN SUPPORT OF MOTION WITHDRAW AS COUNSEL

I, Michael R. Totaro, declare as follows:

1.      I am an attorney at law, licensed to practice before all courts in the State of California and counsel of record in the within action. I have personal knowledge of the foregoing facts and if called to testify I would and could competently testify thereto.

2.      On March 23, 2016 I served the within Motion to Withdraw by Certified Mail tracking number 9507 1000 1174 6083 0004 86 on Debtor in the within matter. A true and correct copy of the tracking number is attached hereto and incorporated herein by reference as Exhibit 1.

3.     On April 3, 2014, I went to the USPS website and downloaded the trail of the letter. It appears two notices have been left with the Debtor who has not picked up the certified mail. A true and correct copy of the print out from the website is attached hereto and incorporated herein by reference as Exhibit 2.

4.     Since I expected Debtor to ignore the Certified Letter, I also emailed her a copy of the Motion the same day. Eventually she acknowledged receiving it and also received a Substitution of Attorney form that I sent. She has not responded to either.

5.     She indicated she would not sign anything until I refunded the $1,283.00 she paid for 7 hours of preparing the Chapter 11 petition to stop the sale of her home. I rejected her demand.

6.     Based on the above, Debtor has actual notice of the Motion to Withdraw but as with everything else has simply refused to respond.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2016 at Los Angeles, CA

/s/ Michael R. Totaro
Michael R. Totaro

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 1**

PACIFIC PALISADES, CA 90272-7500

```
03/23/2016              07:33:34 PM
=======================================

               Sales Receipt
Product         Sale    Unit      Final
Description     Qty     Price     Price


SANTA BARBARA, CA  93101         $1.42
Zone-2
First-Class Mail® Large Envelope
 0 lb. 2.50 oz.
 * Expected Delivery Day Saturday,
March 26.
                              ========
Issue Postage:                  $1.42

VENTURA, CA  93003-0411         $1.42
Zone-2
First-Class Mail® Large Envelope
 %% USPS Certified Mail™:
 9507 1000 1174 6083 0004 86
 0 lb. 2.30 oz.
 * Expected Delivery Day Saturday,
March 26.
 Certified Mail™               $3.45
                              ========
Issue Postage:                  $4.87

Total:                        ==========
                                $6.29


Paid by:
VISA                            $6.29
  Account #:      XXXXXXXXXXXX3332
  Approval #:     807929
  Transaction #:  424
  23-902200252-99

SSK Transaction #:       68
USPS® #                  055748-9550

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

             Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

Exhibit 1

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 2**




| English | Customer Service | USPS Mobile | | Register / Sign In |

## ≡USPS.COM®

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 9507100011746083000486**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 28, 2016 , 12:11 pm | Notice Left (No Authorized Recipient Available) | VENTURA, CA 93003 |

We attempted to deliver your item at 12:11 pm on March 28, 2016 in VENTURA, CA 93003 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or calling 800-ASK-USPS, or may pick up the item at the Post Office indicated on the notice. If this item is unclaimed by April 10, 2016 then it will be returned to sender.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 26, 2016 , 11:19 am | Notice Left (No Authorized Recipient Available) | VENTURA, CA 93003 |
| March 26, 2016 , 2:44 am | Departed USPS Facility | GOLETA, CA 93199 |
| March 25, 2016 , 2:11 pm | Arrived at USPS Facility | GOLETA, CA 93199 |
| March 24, 2016 , 11:48 pm | Arrived at USPS Origin Facility | LOS ANGELES, CA 90052 |
| March 23, 2016 , 7:35 pm | Acceptance (SSK) | PACIFIC PALISADES, CA 90272 |

## Available Actions

Schedule Redelivery

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number



## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Search or Enter a Tracking Number 🔍

Exhibit 2

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: P.O. Box 789, Pacific Palisades, Ca 90272

A true and correct copy of the foregoing document entitled Supplemental Declaration re Service will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On April 3, 2016 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Peter Carroll, 1415 State St. #230, Santa Barbara, Ca 93010
Marcie L. Lutzke, 778 Bennett Ave. Ventura, CA 93003 (By Certified Mail)

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2016 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

ECF Service

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

Manual Service List:

**Applied Bank**
P.O Box 70165
Philadelphia, PA 19176

**BMW Financial Services**
P.O. Box 3608
Dublin, OH 43016

**Calvary Portfolio Service**
500 Summit Lake Dr.
Valhalla, NY 10595

**Capital One Bank, NA**
P.O. Box 30281
Salt Lake City, UT 84130

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Century Credit and Collection**
6633 Telephone Rd. #130
Ventura, CA 93003

**Grant & Weber**
26575 W. Agoura Rd.
Calabasas, CA 91302

**Jefferson Capital Systems, LLC**
P.O. box 7999
St. Cloud, MN 56302

**Stephen Lutzke**
1137 Cypress Point Ln #201
Ventura, CA 93003

**Wells Fargo Bank, NA**
P.O. Box 14517
Des Moines, IA 50306

**Wells Fargo Dealer Services**
P.O. Box 25341
Santa Ana, CA 92799