| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro   102229<br>Totaro & Shanahan<br>P.O. Box 789 Pacific Palisades, CA 90272<br>(310) 573-0276 (v) (310) 496-1260 (f)<br>Ocbkatty@aol.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Marcie Lynn Lutzke,<br><br><br><br>Debtor(s). | CASE NO.: 9:16-bk-10506-PC<br>CHAPTER: 11<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 03/17/2016   Movant(s) filed a motion or application (Motion) entitled: Motion to Convert to Chapter 13

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 03/17/2016   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 04/11/2016                                      /s/ Michael R. Totaro_____
                                                      Signature

                                                      Michael R. Totaro_____
                                                      Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 573 0276 (v) 310 496 1260 (f)<br>Ocbkatty@aol.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Marcie Lynn Lutzke<br><br><br><br>Debtor(s). | CASE NO.: 9:16-bk-10506-PC<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Marcie Lynn Lutzke                                                                                                      ,
   filed a motion or application (Motion) entitled Motion to Convert to Chapter 13                                                              
   _____ .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 9013-3      ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion.  (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*             Page 1            **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 03/17/2016

/s/ Michael R. Totaro
Signature of Movant or attorney for Movant

Michael R. Totaro
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*            Page 2            **F 9013-1.2.NO.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>310 573 0276 (v) 310 496 1260 (f)<br>Ocbkatty@aol.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Marcie Lynn Lutzke,<br><br><br><br><br>Debtor(s). | CASE NO.: 9:16−bk−10506−PC<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter <u>11</u> case to a case under chapter <u>13</u> on the grounds set forth below:

2. **Filing Information:**

    a. ☒ A Voluntary Petition under chapter   ☐ 7   ☒ 11   ☐ 12   ☐ 13   was filed on: <u>03/17/2016</u>

    b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11   was filed on: _____
       ☐ An Order of Relief under chapter   ☐ 7   ☐ 11   was entered on: _____

    c. ☐ An Order of Conversion to chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on: _____

    d. ☐ Other *(specify)*: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                         **F 1017-1.1.MOTION.DEBTOR.CONVERT**

3. **Procedural Status**

   a. Name of trustee appointed *(if any)*: _____

   b. Name of attorney of record for trustee *(if any)*: _____

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 13.

Date:  03/24/2016

Respectfully submitted,

Totaro & Shanahan
Printed name of law firm

/s/ Michael R. Totaro
Signature

Marcie Lynn Lutzke
Printed name of Debtor/trustee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1017-1.1.MOTION.DEBTOR.CONVERT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: P.O. Box 789, Pacific Palisades, Ca 90272

A true and correct copy of the foregoing document entitled Motion to Convert will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2ì, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   **See Attached**

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On March 24, 2016 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Peter Carroll, 1415 State St. #230, Santa Barbara, Ca 93010
Marcie L. Lutzke, 778 Bennett Ave. Ventura, CA 93003 (By Certified Mail)

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2016 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

ECF Service

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

Manual Service List:

**Applied Bank**
P.O Box 70165
Philadelphia, PA 19176

**BMW Financial Services**
P.O. Box 3608
Dublin, OH 43016

**Calvary Portfolio Service**
500 Summit Lake Dr.
Valhalla, NY 10595

**Capital One Bank, NA**
P.O. Box 30281
Salt Lake City, UT 84130

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Century Credit and Collection**
6633 Telephone Rd. #130
Ventura, CA 93003

**Grant & Weber**
26575 W. Agoura Rd.
Calabasas, CA 91302

**Jefferson Capital Systems, LLC**
P.O. box 7999
St. Cloud, MN 56302

**Stephen Lutzke**
1137 Cypress Point Ln #201
Ventura, CA 93003

**Wells Fargo Bank, NA**
P.O. Box 14517
Des Moines, IA 50306

**Wells Fargo Dealer Services**
P.O. Box 25341
Santa Ana, CA 92799

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/29/2016 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 04/11/2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon.. Peter Carrroll, 1415 State St. #230 Santa Barbara, CA 93010
Marie Lynn Lutzke,  778 Bennett Ave. Ventura, CA 93003

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/11/2016 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 3                      F 9013-1.2.NO.REQUEST.HEARING.DEC

ECF Service

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

Manual Service List:

**Applied Bank**
P.O Box 70165
Philadelphia, PA 19176

**BMW Financial Services**
P.O. Box 3608
Dublin, OH 43016

**Calvary Portfolio Service**
500 Summit Lake Dr.
Valhalla, NY 10595

**Capital One Bank, NA**
P.O. Box 30281
Salt Lake City, UT 84130

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Century Credit and Collection**
6633 Telephone Rd. #130
Ventura, CA 93003

**Grant & Weber**
26575 W. Agoura Rd.
Calabasas, CA 91302

**Jefferson Capital Systems, LLC**
P.O. box 7999
St. Cloud, MN 56302

**Stephen Lutzke**
1137 Cypress Point Ln #201
Ventura, CA 93003

**Wells Fargo Bank, NA**
P.O. Box 14517
Des Moines, IA 50306

**Wells Fargo Dealer Services**
P.O. Box 25341
Santa Ana, CA 92799